| UNITED STATES BANKRUPTCY COURT | |
|---|---|
| DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| | Case No.: _____ |
| | Chapter: _____ |
| In Re: | Adv. No.: _____ |
| | Hearing Date: _____ |
| | Judge: _____ |

## CERTIFICATION OF SERVICE

1. I, _____ :

    ☐ represent _____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____    _____
                                Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

SERVICE LIST
NARVIS MORINE
CHAPTER 13 BANKRUTPCY CASE NO. 19-10306/ABA

American Express
PO Box 981537
El Paso, TX 79998

Americollect
1851 S. Alverno Road
Manitowoc, WI 54220

Chase Card
P.O. Box 15298
Wilmington, DE 19850-5298

Delaware Title Loans, Inc.
707 S. Union Street
Unit A2
Wilmington, DE 19805

Home Point Financial
11511 Luna Road
Suite 300
Farmers Branch, TX 75234

Navy Federal Credit Union
820 Follin Lane SE
Vienna, VA 22180

Phelan Hallinan Diamond & Jones PC
400 Fellowship Road
Suite 100
Mount Laurel, NJ 08054

State of California
Multistate Offset Program MS A - 416
PO Box 2966
Rancho Cordova, CA 95741-2966

SyncB/Lowes
PO Box 965005
Orlando, FL 32896

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

USAA Federal Savings Bank
PO Box 47504
San Antonio, TX 78265-7504

McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 South
Suite 300
Iselin, NJ 08830

Weinstein & Riley, PS
2001 Western Avenue
Suite 400
Seattle, WA 98121

Sottile & Barile, LLC
394 Wards Corner Road
Suite 180
Loveland, OH 45140